cuit Court of Appeals for the First Circuit denied. *The Attorney General* and *The.Solicitor General* for, the petitioner. *Mr. Edmund A. Whitman* for the respondent.

No. 1015. WILLIAM I. LEWIS, ETC., PETITIONER, *v.* INTERNATIONAL STEAM PUMP COMPANY ET AL. June 5, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Merritt Lane* and *Mr. W. Bourke Cockran* for the petitioner. *Mr. Charles H. Russell, Mr. Paul D. Cravath* and *Mr. William W. Green* for the respondents.

No. 1017. THE DISTRICT OF COLUMBIA, PETITIONER, *v.* WASHINGTON GAS LIGHT COMPANY. June 5, 1916. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Conrad H. Syme* and *Mr. F. H. Stephens* for the petitioner. *Mr. Benjamin S. Minor, Mr. Colley W. Bell* and *Mr. J. J. Darlington* for the respondent.

No. 1022. WHITNEY EARLE HARMON, PETITIONER, *v.* THE UNITED STATES. June 5, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. A. Coulter Wells* for the petitioner. No brief filed for the respondent.

No. 1013. MARCONI WIRELESS TELEGRAPH COMPANY OF AMERICA, PETITIONER, *v.* EMIL J. SIMON. June 12, 1916. Petition for a writ of certiorari to the United States